Michael RILEY, Appellant,

v.

STATE of Missouri, Respondent.

WD 42419.

Missouri Court of Appeals, Western District.

Sept. 25, 1990.

Susan L. Hogan, Columbia, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

**652**

Before KENNEDY, P.J., and SHANGLER and GAITAN, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 24.035 motion for post-conviction relief.

Affirmed. Rule 84.16(b).